| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:99CR00315-03 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05 CR 176 S |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timoteo E. Engstrum-LaSalle<br>2905 Windsor Drive, Apt. 6<br>Eau Claire, WI 54701 | Puerto Rico | |
| | NAME OF SENTENCING JUDGE | |
| | Daniel R. Domínguez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07-25-05 | TO 07-24-09 |
| | TSR / 48 mos. | | |

| OFFENSE |
|---|
| 21 U.S.C. § 846 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___JUDICIAL___ DISTRICT OF ___PUERTO RICO___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Wisconsin___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/04/2005
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WISCONSIN___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 16, 2005
Effective Date

Barbara B. Crabb
United States District Judge