## UNITED STATES DISTRICT COURT

**DISTRICT OF PUERTO RICO**
**FEDERICO DEGETAU FEDERAL BLDG. - RM. 150**
**CARLOS CHARDON AVE.**
**HATO REY, PUERTO RICO 00918-1767**

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

November 29, 2005

Theresa M. Owens  
Clerk of Court  
U.S. District Court  
PO Box 432  
Madison, WI 53701

          Re: Cr. No. 99-315 (DRD)  
              USA v. Timoteo E. Engstrum

Dear Ms Owens:

    In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on November 28, 2005 we enclose the following documents:

1. Certified copy of Indictment filed on Dec 15, 1999 (Dkt. #292).

2. Certified copy of Judgment filed on Oct 02, 2001 (Dkt. #1132).

3. Certified copy of Transfer of Jurisdiction Order filed on Nov 28, 2005 (Dkt. #1498).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

                    Very truly yours,

                    FRANCES RIOS DE MORAN  
                    Clerk of Court

                    Lida Isis Egele  
                    Operations Manager

Enc.